UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE No. 8:19-cr-04-T-02TGW

GABRIEL ALEJANDRO
VALENCIA SEGURA

_____

ORDER

THIS CAUSE came on to be heard at the defendant's change of plea hearing. This morning while interviewing with the Probation Office, the defendant had an allergic reaction. Consequently, the United States Marshal Service shall have the defendant examined for any potential allergy problems.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 27th day of February, 2019.

*Thomas G. Wilson*
_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE