**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                           **CASE NO.: 8:19-CR-4-T-02TGW**

**MIGUEL ANGEL VALERO RAMIREZ**
_____/

## DEFENDANT'S SENTENCING MEMORANDUM
## AND REQUEST FOR A REASONABLE SENTENCE

COMES NOW, the Defendant, MIGUEL ANGEL VALERO RAMIREZ, by and through his undersigned counsel and pursuant to 18 U.S.C. § 3553(a), and respectfully requests this Honorable Court impose a reasonable sentence, one that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing. As grounds in support thereof, Mr. Valero Ramirez states the following:

### BACKGROUND

On January 3, 2019, Mr. Valero Ramirez, along with his co-defendants Eduar Jacinto Quiroz Ibarra and Gabriel Alejandro Valencia Segura, was indicted on two counts: count one for conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and

21 U.S.C. § 960(b)(1)(B)(ii), and count two for knowingly and intentionally possessing with intent to distribute five (5) kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a), 70506(a), 18 U.S.C. § 2 and 21 U.S.C. § 960(b)(1)(B)(ii). Doc 1. On January 8, 2019, Mr. Valero Ramirez was arrested on the aforementioned indictment. Doc. 15. He made his initial appearance before the court the next day and was ordered detained. Doc. 10.

On February 25, 2019, pursuant to a plea agreement, Mr. Valero Ramirez withdrew his not guilty plea and pled guilty to Count One of the indictment. Docs. 21 & 30. Sentencing is currently scheduled for Thursday, June 6, 2019, at 9:00 a.m. Doc. 39. A Presentence Investigation Report ("PSR") has been completed in this case. The PSR currently reflects a total offense level of 35 and a criminal history category of I. PSR ¶¶ 34, 37, & 74. This results in an advisory guideline imprisonment range of 168 to 210 months. PSR ¶ 74.

## LEGAL ARGUMENT

While the advisory guideline imprisonment range is 168 to 210 months, Mr. Valero Ramirez would submit that an analysis of the 18 U.S.C. § 3553(a) factors support a finding that the advisory guideline imprisonment range in his case is greater than necessary to accomplish the purposes of sentencing and that a variance in Mr. Valero Ramirez's case would be appropriate.

### The Nature and Circumstances of the Offense and the History and Characteristics of Mr. Valero Ramirez - 18 U.S.C. § 3553(a)(1)

Miguel Angel Valero Ramirez was born in Provincia de Guayas, Ecuador, on September 15, 1973. PSR ¶ 42. He is the oldest male of eight children[1] born to his parents, Virgelio Valero and Petita Ramirez[2]. PSR ¶¶ 42 & 45-51. His family was extremely poor and they lived in a house constructed of sugarcane stalk, with no running water or electricity. PSR ¶ 43. Mr. Valero Ramirez's parents had little money and were able to provide their children with some food, but he rarely consumed three meals a day. *Id*. To help his family financially, he started working selling bread and fruit on the street when he was only eight years old. PSR ¶ 69. He eventually had to stop attending school in the sixth grade because his parents did not have the money to provide him with clothing or school supplies. PSR ¶ 67.

Mr. Valero Ramirez has four biological children from a previous relationship with Rosa Selmir Salinas. PSR ¶ 54. Juan, Fabiola and Gabriela Valero Salinas are grown and live on their own. PSR ¶¶ 55-57. While Karen Valero Salinas, who is sixteen years old, still lives with her mother. PSR ¶ 58.

---

[1] A letter from Mr. Valero Ramirez's older sister, Patricia, is included as Attachment C.

[2] Mr. Valero Ramirez's mother, Petita, and his older sister, Patricia, are shown in the first photograph of Attachment A.

Mr. Valero Ramirez owes over $5,000 in back child support for Karen and is currently under an arrest order that was issued shortly before this incident occurred. *Id*. He has been in a relationship with Myra Mendez for the last three years. PSR ¶ 53. While he does not have any biological children with Ms. Mendez, Mr. Valero Ramirez helps Ms. Mendez care for her three minor children: eleven-year-old Mayra Caicedo, ten-year-old Belinda Mendez-Cauga, and nine-year-old Bolivar Mendez-Cauga[3]. *Id*. Ms. Mendez and her children were financially dependent upon Mr. Valero Ramirez. *Id*. The wages he earned transporting fruit, fishing and working on cars[4] helped support them[5]. *See* PSR ¶¶ 69-70; *See also* Attachment B[6]).

Mr. Valero Ramirez was motivated to commit this offense by financial gain and the opportunity to provide a better life for his family. The offense itself though, is synonymous with most other boat cases that come before this Court: Mr. Valero Ramirez, a poor person, was preyed upon and hired by a drug lord to

---

[3] Mr. Valero Ramirez's girlfriend, Myra, and her three children are shown in the second photograph of Attachment A.

[4] A letter from one of Mr. Valero Ramirez's employers is included as Attachment D.

[5] Photos of Mr. Valero Ramirez performing some of these jobs are shown in the third photograph of Attachment A.

[6] Ms. Mendez cannot be present at the sentencing and would like the Court to consider her letter in her absence. Attachment B

transport their cocaine on the high seas in exchange for money. PSR ¶ 14. However, these drugs did not reach their intended destination and Mr. Valero Ramirez and his two co-defendants were caught and taken into custody without incident. *See* PSR ¶¶ 9-13.

**To Reflect the Seriousness of the Offense,
to Promote Respect for the Law, and
to Provide Just Punishment for the Offense 18 U.S.C. § 3553(a)(2)(A)**

Mr. Valero Ramirez understands the seriousness of his conduct, is remorseful for having committed this offense, and accepts that he must be punished for his involvement in the offense. PSR ¶ 22. He asks this Court to consider that this was a non-violent offense and that there were no guns involved in this case. Mr. Valero Ramirez also asks the Court to consider his lack of criminal history and his cooperation with law enforcement. A sentence of incarceration below the advisory guideline range would promote respect for the law and provide just punishment in light of Mr. Valero Ramirez's characteristics and history and in light of the specific circumstances of this case mentioned above.

**Request for a Mitigating Role Adjustment Pursuant to U.S.S.G. § 3B1.2**

While the offense itself, a drug smuggling venture, is a serious one, Mr. Valero Ramirez would ask this Court to consider his role in that offense- one of a courier- as that of a minor participant pursuant to U.S.S.G. § 3B1.2. Mr. Valero

Ramirez submits that he is eligible for a 2-level mitigating role adjustment, pursuant to U.S.S.G. § 3B1.2, which provides:

> Based on the defendant's role in the offense, decrease the offense level as follows: (a) If the defendant was a minimal participant in any criminal activity decrease by 4 levels. (b) If the defendant was a minor participant in any criminal activity, decrease by 2 levels. In cases falling between (a) and (b), decrease by 3 levels.

Mr. Valero Ramirez believes that his conduct is this offense is best described as "less culpable than most other participants in the criminal activity." U.S.S.G. § 3B1.2 App. N. 5. To that end, he is not the individual that cultivated these drugs, that packaged these drugs, that provided the funds for these drugs, that loaded these drugs onto the boat in the compartment they were hidden in, he is but one of the individuals that was responsible for the mere transport of these drugs. In determining whether to apply this adjustment, the Court should consider the totality of the circumstances and the following non-exhaustive list of factors:

(i)      The degree to which the defendant understood the scope and structure of the criminal activity;

(ii)     the degree to which the defendant participated in planning or organizing the criminal activity;

(iii)    the degree to which the defendant exercised decision-making authority or influenced the exercise of decision-making authority;

(iv)    the nature and extent of the defendant's participation in the commission of the criminal activity, including the acts the

> defendant performed and the responsibility and discretion
> the defendant had in performing those acts;

   (v)    the degree to which the defendant stood to benefit from the criminal activity.

U.S.S.G. § 3B1.2 App. N. 3(C).

The factors listed above deal with a defendant's understanding, planning, organizing, decision making authority, responsibility and discretion in the offense. While it can be said that Mr. Valero Ramirez had an understanding of the task he was undertaking, that of a drug courier, he submits to this Court that did not have control over any of the other factors mentioned and he respectfully argues to this Court that his role in this offense should be found as that of a minor participant.

Should Mr. Valero Ramirez receive the requested 2-level adjustment for minor role, it should be noted that such an adjustment would also reduce his base level determination under U.S.S.G. § 2D1.1. Specifically, § 2D1.1(a)(5) provides, "if the defendant receives an adjustment under § 3B1.2 (Mitigating Role); and (B) the base offense level . . . is (i) 32, decrease by 2 levels; (ii) level 24 or level 36, decrease by 3 levels; or (iii) level 38, decrease by 4 levels." Where a defendant's base offense level is determined pursuant to § 2D1.1(a)(5), that level is additionally reduced based on the mitigating role, whether that be a 4-level minimal participant, and 2-level minor participant, or a 3-level intermediate

participant reduction. *See* U.S.S.G. § 3B1.2 App. N. 6. In view of Mr. Valero Ramirez's minor role in the conspiracy, it is clear that Mr. Valero Ramirez is entitled to a 2-level minor role reduction and a corresponding 4-level reduction in his base offense level pursuant to U.S.S.G. § 2D1.1(a)(5). With these two adjustments, his properly calculated total offense level is 29. At total offense level 29 and criminal history category I, Mr. Valero Ramirez's advisory guideline imprisonment range, before any other reductions, is 87-108 months.

WHEREFORE the Defendant, MIGUEL ANGEL VALERO RAMIREZ, respectfully requests this Honorable Court impose, after consideration of the factors in 18 U.S.C. § 3553(a) as well as further grounds to be argued at sentencing, a sentence that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing.

DATED this 4th day of June 2019.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

By:     *s/ Adrian E. Burden*
        Adrian E. Burden, Esq.
        Assistant Federal Defender
        Florida Bar No. 0089781
        400 North Tampa Street
        Suite 2700
        Tampa, Florida 33602
        Phone: (813) 228-2715
        Facsimile: (813) 228-2562
        Email: Adrian_Burden@fd.org
        *Defense Attorney for Mr. Ramirez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June 2019, a true and correct copy of the foregoing was filed by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

Nicholas DeRenzo, AUSA.

By:     *s/ Adrian E. Burden*
        Adrian E. Burden, Esq.
        Assistant Federal Defender

# Attachment A







# Attachment B

Honorable Judge William Jung
Tampa, Florida

I am MYRA GRACIELA MENDEZ CAGUA, Ecuadorian, 32 years of age with domicile in canton La Libertad, part of the province of Santa Elena, before you with all due respect and I state:

First: I have been in a relationship for three years with MIGUEL ANGEL VALERO RAMIREZ, he has been the head of our household, he has been the father of my three children from another relationship, and he has supported them with food, health, education and all the needs that children demand at their young age.

Second: he has always been the head of household taking care of all the expenses my hope is that at his sentencing you see that behind MIGUEL VALERO RAMIREZ, there is a family that depends on him. The economic situation that took him to do this unlawful act. I would also like to inform you that in this kind of crime, the owners of this substance are never caught and the justice system is enraged with the mules, who are victims or tempted for the payment of work done, as a captain of a boat.

Third: I ask that you consider at the moment of resolving this situation with my partner, which we hope to have him returned home soon. I am unemployed with three children to care for and raise hoping that you will consider this.

Attentively,

/S/ Mayra Mendez C.
MAYRA GRACIELA MENDEZ CAGUA
CC No. 0923238273

Translated by: Linda Rodriguez, Staff Interpreter
Federal Defender's office – Tampa Division
Date: 4/25/2019

HONORABLE JUEZ WILLIAM JUNG.

MIAMI FLORIDA DEL ESTADO DE TAMPA

MAYRA GRACIELA MENDEZ CAGUA, ecuatoriana, mayor de 32 años de edad, con domicilio en el cantón La Libertad, perteneciente a la Provincia de Santa Elena, ante usted con el debido respeto comparezco y digo:

PRIMERO. - Es el caso Honorable señor Juez, que, desde hace unos tres años, mantengo una relación de hecho con el señor de nombre: MIGUEL ANGEL VALERO RAMIREZ, mismo que desde que nos conocimos él ha estado al frente del hogar que hemos formados, es más él ha sido como padre de mis 3 hijos, quien le ha dado o brindado los alimentos, salud, educación y todo lo relaciones en la manutención que demanda mis hijos a su corta edad.

SEGUNDO. - Respecto a nuestra relación de pareja, siempre ha estado al frente de los gastos que demanda un hogar, desde que él se comprometió ser mi pareja y formar nuestra relación de HECHO. Por estas circunstancias, es que me dirijo ante usted, con la finalidad que al momento de resolver la situación jurídica de mi pareja que responde a los nombres de MIGUEL ANGEL VALERO RAMIREZ, Lo hago tomando en consideración, que a tras de  el existe un hogar que depende de su sustento económico, por lo que solicito que al momento de resolver su situación jurídica, lo haga de forma humanitaria, y las circunstancias que lo llevo a realizar dicha actividad, misma que esta fuera del margen de la ley, pero era el único camino sustentable para apalear los gastos que demanda un hogar. Es más, debo de manifestar que esta clase de delito, jamás caen las personas que son dueña de la sustancia, y me atrevo en decir que la Justicia se ensaña de los trabajadores, que son victimas o tentadas por un pago a la labor realizada, es decir como capitán de una embarcación.

TERCERO. - Por estas consideraciones honorable señor Juez, le solicito sea benevolente al resolver la situación jurídica de mi pareja, que desde ya mis hijos y como pareja deseamos su pronto retorno a casa, soy una señora desempleada y con una carga familiar de 3 hijos menores de edad y en plena etapa de formación, esperando que este pedido sea considerado por USIA.

Atentamente.

Mayra Mendez B
MAYRA GRACIELA MENDEZ CAGUA
Cèd. No.0923238273

# Attachment C

Honorable Judge William Jung
Tampa, Florida

I am, Patricia Valero Ramirez, Ecuadorian, of adult age 49 years of age, with domicile in Puerto de Chanduy community, Canton Santa Elena, providence of Santa Elena.

Before you with all due respect and state that I am the sister of the above named and I am very hurt by what has happened with my brother, our mother is very ill because of this, she suffers from high blood pressure, we hope that at the moment of sentencing you will be sympathetic. My brother is very close to his family he worries about all of us. As a son and a brother he is very loving, we cannot understand why people take advantage of poor innocent people, they are lied to just as what has happened to my brother.

Honorable judge we ask that you help him get his medication because he needs to be in medical treatment.

This is all that I can state in hope that you are benevolent at the moment of my brothers sentencing.

Attentively,

/S/ illegible signature
PATRICIA VALERO
CI 2000038055

Translated by: Linda Rodriguez, Staff Interpreter
Federal Defender's office – Tampa Division
Date: 4/25/2019

Honorable, juez WILLIAN JUNG,

MIAMI FLORIDA DEL ESTADO TAMPA

Patricia Valero Ramírez ecuatoriana mayor de 49 años de edad, con domicilio en la comuna Pto. de chanduy cantón santa Elena provincia de santa Elena.

Ante usted con el debido respeto comparezco y digo. Honorable juez la que le escribe es la hermana me duele mucho lo que le paso a mi hermano, mi madre a causa de esto está muy enferma ya que ella es hipertensa sufre mucho, solo esperamos, que sea sucesible a la hora de la sentencia, mi hermano es muy apegado a la familia, muy preocupado por todos nosotros el como hijo y hermano es muy amoroso, no entendemos porque hay gente que engaña a personas inocente de bajo recursos económicos, pero todo esto es mentira porque los engaña tal como le paso a mi hermano .

Honorable juez le pedimos muy humanitariamente de favor facilitarle la medicina ya que él tiene que estar en tratamiento médico.

Es todo lo que puedo decir esperando que benevolente en el momento de la sentencia de mi hermano.

ATTE

PATRICIA VALERO

C.I 2000038055

Attachment D

La Libertad, Ecuador, February 15, 2019

EMPLOYMENT VERIFICATION

I CERTIFY that Mr. MIGUEL ANGEL VALERO RAMIREZ, with citizen identification number 1308185709, was employed in the automotive shop "Zapotal" from the year 2014 until 2017 as operator of the auto shop. During his employment, he demonstrated to be efficient, responsible and respectful. Attributes that make him a person worthy of kindness and consideration he was outstanding during his services.

This is all that I can certify in honor of the truth and make use of this document as you see fit.

Attentively,


/s/ illegible signature
MR. JOSE FLOREANO VILLON
CI 0914388525




Translated by: Linda Rodriguez, Staff Interpreter
Federal Defender's office – Tampa Division
Date: 4/25/2019

Ecuador - La Libertad - 15 de Febrero del 2019

## CERTIFICADO DE TRABAJO

## CERTIFICO

Que El Sr: **Miguel Ángel Valero Ramírez** con cédula de ciudadanía número **1308185709** laboró en el Taller Automotriz "Zapotal" desde hace el año 2014 hasta el 2017 como operario de taller Automotriz, quien durante el tiempo indicado, ha demostrado eficiencia, responsabilidad y respeto que le atribuyen a ser una persona digna del aprecio y consideración de quienes lo hemos conocido por el destacado servicio prestado.

Es todo cuanto certifico en honor a la verdad, facultando al interesado hacer uso del presente en lo que creeré conveniente en haras de un mejor porvenir.

ATENTAMENTE

**Sr: José Floreano Villón**

C.I: 0914388525